**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MINERVA SANCHEZ ROSA, ET AL<br><br>    Plaintiffs<br><br>        v.<br><br>MUNICIPIO DE SAN JUAN, ET AL<br><br>    Defendants | Civil No. 18-1558 (RAM) |

**JUDGMENT**

On September 23, 2022, Plaintiffs filed a Motion to Dismiss the Complaint(Docket No. 277). In accordance with the Order entered today (Docket No. 278), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety. The Court will retain jurisdiction for enforcement purposes.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of September, 2022.

                                s/Raúl M. Arias-Marxuach
                                UNITED STATES DISTRICT JUDGE